# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:03-cr-146-J-25HTS
USM NUMBER: 30202-018

V.

DERRICK WALKER

Defendant's Attorney: Susan Yazgi, Esquire (pda)

## THE DEFENDANT:

__X__ admitted guilt to violation of charge numbers One through Five and Seven of the Superseding Petition.

__X__ the government withdrew charge numbers Six, Eight, and Nine of the Superseding Petition.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failure to reside in a Residential Re-entry Center | January 2009 |
| Two | New criminal conduct, Possession of Cocaine With Intent to Sell, occurring on February 5, 2009, while on supervision | February 2009 |
| Three | New criminal conduct, Sale of Cocaine Within 1,000 feet of a Church, occurring on February 5, 2009, while on supervision | February 2009 |
| Four | New criminal conduct, Possession of Cocaine With Intent to Sell, occurring on February 19, 2009, while on supervision | February 2009 |
| Five | New criminal conduct, Sale of Cocaine Within 1,000 feet of a Church, occurring on February 19, 2009, while on supervision | February 2009 |
| Seven | New criminal conduct, Possession of Cocaine With Intent to Sell, occurring on March 21, 2009, while on supervision | March 2009 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: December 7, 2009

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE
DATE: December 8th, 2009

Defendant: DERRICK WALKER  Judgment - Page 3 of 3
Case No.: 3:03-cr-146-J-25HTS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-FOUR (24) MONTHS**, to run consecutively with the term of imprisonment imposed in Case No. 3:09-cr-144-J-34MCR, and any term of imprisonment imposed in Suwannee County Circuit Court Docket Nos. 2009-000100-CF and 2009-000176-CTMA.

__X__ The Court makes the following recommendations to the Bureau of Prisons:

**Incarceration at the facility located in Estill, South Carolina.**

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m.   on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL